**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re:   §   Case No. 11-41398-TAB
         §
JACK CURYLO   §
         §
         §
   Debtor(s)   §

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATION FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

  Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David P. Leibowitz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

  The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

  219 South Dearborn Street, Chicago, IL 60604

  Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 a.m. on 09/11/2012, in Courtroom 642, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:   08/13/2012   By:   /s/ David P. Leibowitz
                 (Trustee)

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

**UST-Form 101-7-NFR (5/1/2011)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 11-41398-TAB |
| | § | |
| JACK CURYLO | § | |
| | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of* $7,211.48
*and approved disbursements of* $36.84
*leaving a balance on hand of[1]:* $7,174.64

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors: $0.00
Remaining balance: $7,174.64

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| David P. Leibowitz, Trustee Fees | $1,471.15 | $0.00 | $1,471.15 |
| David P. Leibowitz, Trustee Expenses | $2.75 | $0.00 | $2.75 |
| Lakelaw, Attorney for Trustee Fees | $917.50 | $0.00 | $917.50 |
| Lakelaw, Attorney for Trustee Expenses | $11.00 | $0.00 | $11.00 |

Total to be paid for chapter 7 administrative expenses: $2,402.40
Remaining balance: $4,772.24

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST-Form 101-7-NFR (5/1/2011)**

Total to be paid to prior chapter administrative expenses:    $0.00
Remaining balance:    $4,772.24

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

Total to be paid to priority claims:    $0.00
Remaining balance:    $4,772.24

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $35,151.64 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 13.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Atlas Acquisitions LLC  (Chase Bank USA, N.A. -) | $3,402.99 | $0.00 | $462.00 |
| 2 | Discover Bank | $2,730.68 | $0.00 | $370.72 |
| 3 | Chase Bank USA, N.A. | $5,923.62 | $0.00 | $804.20 |
| 4 | Capital One Bank (USA), N.A. by American InfoSourc | $8,647.70 | $0.00 | $1,174.02 |
| 5 | American Express Bank, FSB | $14,446.65 | $0.00 | $1,961.30 |

Total to be paid to timely general unsecured claims:    $4,772.24
Remaining balance:    $0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

**UST-Form 101-7-NFR (5/1/2011)**

Tardily filed general (unsecured) claims are as follows: NONE

|   |   |
|---|---|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

|   |   |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By:  /s/ David P. Leibowitz
              Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST-Form 101-7-NFR (5/1/2011)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                          Case No. 11-41398-TAB
Jack Curylo                                                     Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1          User: wepps              Page 1 of 2          Date Rcvd: Aug 14, 2012
                              Form ID: pdf006          Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 16, 2012.
```
db        +Jack Curylo,   201 Mandel Ln,   Prospect Heights, IL 60070-1747
18437884   American Express Bank, FSB,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
17911823  +Amex,   Po Box 297871,   Fort Lauderdale, FL 33329-7871
18267830  +Atlas Acquisitions LLC  (Chase Bank USA, N.A. -),    294 Union St.,   Hackensack, NJ 07601-4303
17911824  +BANK OF AMERICA,   450 AMERICA ST,   Simi Valley, CA 93065-6285
17911826  +BEST BUY/HSBC,   P.O.Box 17298,   Baltimore, MD 21297-1298
17911827 ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
           (address filed with court: Cap One,   Po Box 85520,   Richmond, VA 23285)
18337407   Capital One Bank (USA), N.A. by American InfoSourc,   PO Box 71083,   Charlotte, NC  28272-1083
17911828  +Cbna,   Po Box 6497,   Sioux Falls, SD 57117-6497
17911829  +Chase,   Po Box 15298,   Wilmington, DE 19850-5298
18325183   Chase Bank USA, N.A.,   PO Box 15145,   Wilmington, DE 19850-5145
17911835  +Chase/TJX MAXX,   POB 15298,   Wilmington, DE 19850-5298
17911830  +Citi,   Po Box 6241,   Sioux Falls, SD 57117-6241
17911832  +Home Depot,   PO Box 6029,   The Lakes, NV 88901-6029
17911836 ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
           (address filed with court: US BANK,   P.O. BOX790084,   Saint Louis, MO 63179)
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
17951382   +E-mail/Text: bnc@atlasacq.com Aug 15 2012 02:51:28     Atlas Acquisitions LLC,   294 Union St.,
             Hackensack, NJ 07601-4303
18275533    E-mail/PDF: mrdiscen@discoverfinancial.com Aug 15 2012 03:10:27     Discover Bank,
             DB Servicing Corporation,   PO Box 3025,   New Albany, OH  43054-3025
17911831   +E-mail/PDF: mrdiscen@discoverfinancial.com Aug 15 2012 03:10:27     Discover Fin Svcs Llc,
             Po Box 15316,   Wilmington, DE 19850-5316
17911833   +E-mail/Text: resurgentbknotifications@resurgent.com Aug 15 2012 01:52:09     Lvnv Funding Llc,
             Po Box 740281,   Houston, TX 77274-0281
17911834   +E-mail/Text: bankrup@nicor.com Aug 15 2012 01:53:27     Nicor Gas,   1844 Ferry Road,
             Naperville, IL 60563-9600
                                                                                              TOTAL: 5

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
17911825*  +BANK OF AMERICA,   450 AMERICA ST,   Simi Valley, CA 93065-6285
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 16, 2012**                         **Signature:**   *Joseph Speetjens*

```
District/off: 0752-1          User: wepps               Page 2 of 2            Date Rcvd: Aug 14, 2012
                              Form ID: pdf006           Total Noticed: 20
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 13, 2012 at the address(es) listed below:
          David P Leibowitz    dleibowitz@lakelaw.com, il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Ted Smith    on behalf of Debtor Jack Curylo ted.smith@smithortiz.com, raquel.ortiz@smithortiz.com

                                                                                                     TOTAL: 3