**UNITED STATES BANKRUPTCY COURT1**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 11-41398-TAB |
| | § | |
| JACK CURYLO | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $239,954.44 | Assets Exempt: | $4,900.00 |
| Total Distributions to Claimants: | $4,772.24 | Claims Discharged Without Payment: | $88,771.45 |
| Total Expenses of Administration: | $2,439.24 | | |

3) Total gross receipts of $7,211.48 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2)**, yielded net receipts of $7,211.48 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $382,288.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin Fees and Charges (from **Exhibit 4**) | NA | $2,439.24 | $2,439.24 | $2,439.24 |
| Prior Chapter Admin Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | NA | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $93,020.84 | $35,151.64 | $35,151.64 | $4,772.24 |
| **Total Disbursements** | $475,308.84 | $37,590.88 | $37,590.88 | $7,211.48 |

4). This case was originally filed under chapter 7 on 10/10/2011. The case was pending for 14 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/17/2012        By: /s/ David P. Leibowitz
                              Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT RECEIVED |
|---|---|---|
| MOTORCYCLE VIPER 1999 YEAR - 7000 MILES | 1129-000 | $3,300.00 |
| NISSAN ARMADA 2004 - 86,000 MILES | 1129-000 | $3,911.48 |
| **TOTAL GROSS RECEIPTS** | | **$7,211.48** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | BANK OF AMERICA | 4110-000 | $325,727.00 | NA | $0.00 | $0.00 |
| | BANK OF AMERICA | 4110-000 | $48,863.00 | NA | $0.00 | $0.00 |
| | US BANK | 4110-000 | $7,698.00 | NA | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | **$382,288.00** | **$0.00** | **$0.00** | **$0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN.CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $1,471.15 | $1,471.15 | $1,471.15 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $2.75 | $2.75 | $2.75 |
| Green Bank | 2600-000 | NA | $36.84 | $36.84 | $36.84 |
| Lakelaw, Attorney for Trustee | 3110-000 | NA | $917.50 | $917.50 | $917.50 |
| Lakelaw, Attorney for Trustee | 3120-000 | NA | $11.00 | $11.00 | $11.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | **$2,439.24** | **$2,439.24** | **$2,439.24** |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Atlas Acquisitions LLC (Chase Bank USA, N.A. -) | 7100-900 | $3,004.79 | $3,402.99 | $3,402.99 | $462.00 |
| 2 | Discover Bank | 7100-900 | $2,730.00 | $2,730.68 | $2,730.68 | $370.72 |
| 3 | Chase Bank USA, N.A. | 7100-900 | $5,923.00 | $5,923.62 | $5,923.62 | $804.20 |
| 4 | Capital One Bank (USA), N.A. by American InfoSourc | 7100-900 | $8,525.00 | $8,647.70 | $8,647.70 | $1,174.02 |
| 5 | American Express Bank, FSB | 7100-900 | $14,446.00 | $14,446.65 | $14,446.65 | $1,961.30 |
|  | Cbna | 7100-000 | $2,936.00 | NA | NA | $0.00 |
|  | Citi | 7100-000 | $29,866.00 | NA | NA | $0.00 |
|  | Home Depot | 7100-000 | $17,007.11 | NA | NA | $0.00 |
|  | Lvnv Funding Llc | 7100-000 | $3,375.00 | NA | NA | $0.00 |
|  | Nicor Gas | 7100-000 | $21.00 | NA | NA | $0.00 |
|  | TJX MAXX | 7100-000 | $5,186.94 | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $93,020.84 | $35,151.64 | $35,151.64 | $4,772.24 |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| Case No.: | 11-41398-TAB | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | CURYLO, JACK | Date Filed (f) or Converted (c): | 10/10/2011 (f) |
| For the Period Ending: | 12/17/2012 | §341(a) Meeting Date: | 11/15/2011 |
| | | Claims Bar Date: | 03/14/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| **Ref. #** | | | | | |
| 1  201 MANDEL LN. PROSPECT HTS. IL 60070 | $180,000.00 | $0.00 | | $0.00 | FA |
| 2  CASH | $450.00 | $0.00 | | $0.00 | FA |
| 3  CHARTER ONE BANK CHECKING ACC:# 451603-942-6 | $404.44 | $0.00 | | $0.00 | FA |
| 4  CHARTER ONE BANK SAVINGS ACC:# 4553-710583 | $0.00 | $0.00 | | $0.00 | FA |
| 5  WEDDING BANDS | $400.00 | $0.00 | | $0.00 | FA |
| 6  STANDARD FURNISHING | $2,700.00 | $0.00 | | $0.00 | FA |
| 7  BOOKS, CD | $150.00 | $0.00 | | $0.00 | FA |
| 8  CLOTHING | $750.00 | $0.00 | | $0.00 | FA |
| 9  LIFE INSURANCE - NEW YORK LIFE BENEFICIARY ANETA LUTOSTANSKA | $50,000.00 | $50,000.00 | | $0.00 | FA |
| 10  NISSAN ARMADA 2004 - 86,000 MILES | $6,000.00 | $0.00 | | $3,911.48 | FA |
| 11  CHEVY VAN 3500 57000 MILES 2005 YEAR - USE FOR BUISNESS | $3,000.00 | $2,954.44 | | $0.00 | FA |
| 12  MOTORCYCLE VIPER 1999 YEAR - 7000 MILES | $850.00 | $3,300.00 | | $3,300.00 | FA |
| 13  TWO DOGS | $150.00 | $150.00 | | $0.00 | FA |

**TOTALS (Excluding unknown value)**     **Gross Value of Remaining Assets**

| | $244,854.44 | $56,404.44 | | $7,211.48 | $0.00 |

**Major Activities affecting case closing:**
Liquidating Motorcycle.
case fully administered - ready for TFR
ready for TFR

| **Initial Projected Date Of Final Report (TFR):** | 05/30/2013 | /s/ DAVID LEIBOWITZ |
|---|---|---|
| **Current Projected Date Of Final Report (TFR):** | 05/30/2013 | DAVID LEIBOWITZ |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 11-41398-TAB | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | CURYLO, JACK | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | ******9333 | Checking Acct #: | ******9801 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 10/11/2011 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/17/2012 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/09/2012 | (12) | JCB International, Inc | Payment on Equity | 1129-000 | $1,100.00 | | $1,100.00 |
| 02/29/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $0.97 | $1,099.03 |
| 03/16/2012 | (12) | JCB International Inc | Payment | 1129-000 | $1,100.00 | | $2,199.03 |
| 03/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $2.57 | $2,196.46 |
| 04/02/2012 | (10) | Us Bank National Association | | 1129-000 | $3,911.48 | | $6,107.94 |
| 04/11/2012 | (12) | JCR International Inc | Equity payment | 1129-000 | $1,100.00 | | $7,207.94 |
| 04/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $10.10 | $7,197.84 |
| 05/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $11.61 | $7,186.23 |
| 06/29/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $11.59 | $7,174.64 |
| 09/11/2012 | 3001 | David P. Leibowitz | Trustee Compensation | 2100-000 | | $1,471.15 | $5,703.49 |
| 09/11/2012 | 3002 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $2.75 | $5,700.74 |
| 09/11/2012 | 3003 | Lakelaw | Claim #: ; Amount Claimed: 917.50; Amount Allowed: 917.50;  Distribution Dividend: 100.00; | 3110-000 | | $917.50 | $4,783.24 |
| 09/11/2012 | 3004 | Lakelaw | Claim #: ; Amount Claimed: 11.00; Amount Allowed: 11.00;  Distribution Dividend: 100.00; | 3120-000 | | $11.00 | $4,772.24 |
| 09/11/2012 | 3005 | Atlas Acquisitions LLC (Chase Bank USA, N.A. -) | Claim #: 1; Amount Claimed: 3,402.99; Amount Allowed: 3,402.99  Distribution Dividend: 13.58; | 7100-900 | | $462.00 | $4,310.24 |
| 09/11/2012 | 3006 | Discover Bank | Claim #: 2; Amount Claimed: 2,730.68; Amount Allowed: 2,730.68;  Distribution Dividend: 13.58; | 7100-900 | | $370.72 | $3,939.52 |
| 09/11/2012 | 3007 | Chase Bank USA, N.A. | Claim #: 3; Amount Claimed: 5,923.62; Amount Allowed: 5,923.62;  Distribution Dividend: 13.58; | 7100-900 | | $804.20 | $3,135.32 |
| 09/11/2012 | 3008 | Capital One Bank (USA), N.A. by American | Claim #: 4; Amount Claimed: 8,647.70; Amount Allowed: 8,647.70;  Distribution Dividend: 13.58; | 7100-900 | | $1,174.02 | $1,961.30 |
| 09/11/2012 | 3009 | American Express Bank, FSB | Claim #: 5; Amount Claimed: 14,446.65; Amount Allowed: 14,446.65; Distribution Dividend: 13.58; | 7100-900 | | $1,961.30 | $0.00 |

**SUBTOTALS** $7,211.48  $7,211.48

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |  | |
|---|---|---|---|
| **Case No.** | 11-41398-TAB | **Trustee Name:** | David Leibowitz |
| **Case Name:** | CURYLO, JACK | **Bank Name:** | Green Bank |
| **Primary Taxpayer ID #:** | ******9333 | **Checking Acct #:** | ******9801 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** | |
| **For Period Beginning:** | 10/11/2011 | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 12/17/2012 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| | | | **TOTALS:** | | $7,211.48 | $7,211.48 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $7,211.48 | $7,211.48 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $7,211.48 | $7,211.48 | |

**For the period of 10/11/2011 to 12/17/2012**

| | |
|---|---|
| Total Compensable Receipts: | $7,211.48 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $7,211.48 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $7,211.48 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $7,211.48 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 02/09/2012 to 12/17/2012**

| | |
|---|---|
| Total Compensable Receipts: | $7,211.48 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $7,211.48 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $7,211.48 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $7,211.48 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |  | | |
|---|---|---|---|---|
| **Case No.** | 11-41398-TAB | | **Trustee Name:** | David Leibowitz |
| **Case Name:** | CURYLO, JACK | | **Bank Name:** | Green Bank |
| **Primary Taxpayer ID #:** | ******9333 | | **Checking Acct #:** | ******9801 |
| **Co-Debtor Taxpayer ID #:** | | | **Account Title:** | |
| **For Period Beginning:** | 10/11/2011 | | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 12/17/2012 | | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $7,211.48 | $7,211.48 | $0.00 |

**For the period of 10/11/2011 to 12/17/2012**

| | |
|---|---|
| Total Compensable Receipts: | $7,211.48 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $7,211.48 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $7,211.48 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $7,211.48 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 10/10/2011 to 12/17/2012**

| | |
|---|---|
| Total Compensable Receipts: | $7,211.48 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $7,211.48 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $7,211.48 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $7,211.48 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ